```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
               -against-                                    :        21-CR-224 (VEC)
:
:                 ORDER
MICHAEL ROSE,                                                     :
                                       Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties are scheduled to appear for a status conference on August 17, 2021, at 3:00 p.m.; and

      WHEREAS defense counsel notified the Court that it has a conflict at that time;

      IT IS HEREBY ORDERED that the August 17, 2021 status conference is rescheduled to **August 17, 2021, at 12:00 p.m.**, in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

      IT IS FURTHER ORDERED that interested members of the public may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0224#.  Any recording or retransmission of the hearing is strictly prohibited.

**SO ORDERED.**

Date:  August 12, 2021
       New York, NY

                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**