USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

           -against-                              21-CR-224 (VEC)

                                                  <u>ORDER</u>

    MICHAEL ROSE,
                         Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 17, 2021, the parties appeared for a conference;

    IT IS HEREBY ORDERED that all pretrial motions are due **September 24, 2021**. Responses to any pretrial motions are due **October 22, 2021**. Replies in further support of pretrial motions are due **October 29, 2021**.

    IT IS FURTHER ORDERED that motions *in limine* are due **December 3, 2021**, with responses due **December 17, 2021**. The parties' requests to charge and proposed *voir dire* questions are due **December 22, 2021**.

    IT IS FURTHER ORDERED that the Court will request a Q1 2022 trial date to commence with jury selection. The Court will inform the parties and schedule a Final Pretrial Conference once it has received more detailed information.

    IT IS FURTHER ORDERED that the period between August 17, 2021, and March 31, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). In addition to the reasons stated on the record at the August 17, 2021 conference, the Court finds that the ends of justice served by accommodating logistical difficulties created by the COVID-19 pandemic and

the complexity of this case due to voluminous discovery outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

Date:  August 17, 2021
       New York, NY

                                      **VALERIE CAPRONI**
                                      **United States District Judge**