```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
   UNITED STATES OF AMERICA,                                   :
                                                               :
                  -against-                                    :
                                                               :
                                                               :
   MICHAEL ROSE,                                               :
                                       Defendant.              :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/21

21-CR-224 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties requested a trial date after early February 2022, *see* Dkt. 32;

IT IS HEREBY ORDERED that a trial is scheduled to commence with jury selection on March 28, 2022.  Due to the COVID pandemic, the Southern District of New York is employing a centralized calendaring system.  This case is third on the list for jury trials on March 28, 2022, which means that the case will not proceed on March 28, 2022, if the other trials scheduled for that date goes forward.  The Court will keep the parties informed of any updates concerning the trial date in this matter.

IT IS FURTHER ORDERED that the Final Pretrial Conference is scheduled for **March 24, 2022, at 2:00 p.m.** in **Courtroom 443**, Thurgood Marshal U.S. Courthouse, 40 Foley Square, New York, NY 10007.  To the extent the trial date in this case changes, the Court may adjust the date of the FPTC and will provide the parties with ample notice.

**SO ORDERED.**

Date:  December 2, 2021
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**