

E. DANYA PERRY
212-399-8340 PHONE
dperry@perryguha.com EMAIL

**MEMO ENDORSED**

December 2, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/2/21__

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Michael Rose*, **21 Cr 224 (VEC)**

Dear Judge Caproni:

    We represent defendant Michael Rose in the above-captioned matter. With the consent of the government, we write to request an adjournment of the December 3, 2021 deadline for Mr. Rose to submit any motions *in limine* to the Court. The parties have been actively engaged in discussions regarding this case and will continue to do so while also preparing for a potential trial in order to avoid any unnecessary delay.

    We understand that this matter has been tentatively set for trial to commence on March 28, 2021 and the Court has accordingly scheduled a pre-trial conference for March 24, 2021. Should the Court deem it appropriate, we can confer with the government and jointly propose a new schedule for pre-trial motion practice given these dates or proceed in whatever other manner the Court prefers.

    Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Danya P.*

E. Danya Perry

cc:    AUSA Samuel Adelsberg (via ECF)

1740 Broadway, 15th Floor, New York, NY 10019
212-399-8330 PHONE | 212-399-8331 FAX | www.perryguha.com WEBSITE

Application GRANTED. The deadline to submit motions *in limine* is hereby ADJOURNED from December 3, 2021 until January 18, 2022. Any responses must be submitted not later than February 2, 2022.

SO ORDERED.

*[signature]* 12/2/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE