UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
        -against-                     :
:
:
MICHAEL ROSE,                            :
                                Defendant.     :
:
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/21/22
```

21-CR-224 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties are scheduled to appear for a change-of-plea hearing on January 24, 2022, at 11:30 a.m.; and

    WHEREAS the parties jointly notified the Court that Mr. Rose will not be able to enter the Courthouse on that date due to the Court's COVID-19 restrictions;

    IT IS HEREBY ORDERED that the January 24, 2022 change-of-plea hearing is adjourned until **Thursday, February 3, 2022, at 3:30 p.m.** in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date:  January 21, 2022**
**        New York, NY**

                                                                _____
                                                                   **VALERIE CAPRONI**
                                                                **United States District Judge**