UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA,
:
        -against-                         :       S1 21-CR-224 (VEC)
:
:         ORDER
MICHAEL ROSE,                         :
                        Defendant.      :
:
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/22
```

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 3, 2022, both parties appeared before the Court for a change-of-plea hearing;

      WHEREAS at the February 3, 2022 hearing, Defendant waived indictment and pled guilty to the crime charged in Count One of the Superseding Information; and

      WHEREAS the Court accepted Defendant's guilty plea;

      IT IS HEREBY ORDERED that sentencing is scheduled for **June 2, 2022**, **at 2:30 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions from both sides are due not later than **May 19, 2022**.

**SO ORDERED.**

**Date: February 3, 2022**
**New York, NY**

                                            _____
                                            **VALERIE CAPRONI**
                                            **United States District Judge**