U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/22

May 25, 2022

**BY EMAIL & ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: <u>United States</u> v. <u>Michael Rose</u>, 21 Cr. 224

Dear Judge Caproni:

    The Government writes on behalf of the parties to request an adjournment of the sentencing hearing currently scheduled for June 2, 2022. The undersigned is currently on trial and anticipates the trial continuing through the current sentencing date. From correspondence with Chambers, the parties understand that the Court might be available on either June 28 or June 29, 2022. The parties respectfully request a sentencing date on either of those days and thank the Court in advance for its consideration of this request.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney for the
                          Southern District of New York

            By: _____
                Sam Adelsberg
                Assistant United States Attorney
                (212) 637-2494

Cc: Danya Perry, Esq., Samidh Guha, Esq., Anna Skotko, Esq.,
    and George Barchini, Esq. (by ECF)

Application GRANTED.  The sentencing hearing currently scheduled for June 2, 2022, at 10:30 a.m. is hereby ADJOURNED until **June 28, 2022, at 10:30 a.m.**

SO ORDERED.

*Valerie Caproni* 5/26/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE