```
UNITED STATES DISTRICT COURT                         USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                        DOCUMENT
-------------------------------------------------------------- X   ELECTRONICALLY FILED
                                                  :  DOC #:
   UNITED STATES OF AMERICA,                      :  DATE FILED: 7/6/22
                                                  :
            -against-                             :     21-CR-224 (VEC)
                                                  :
                                                  :        ORDER
   MICHAEL ROSE,                                  :
                            Defendant.            :
                                                  :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing hearing is currently scheduled for Thursday, July 7, 2022, at 3:30 p.m.; and

WHEREAS that time is no longer convenient for the Government;

IT IS HEREBY ORDERED that the sentencing hearing is adjourned until **Wednesday, July 20, 2022,** at **3:00 p.m.**, in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

**SO ORDERED.**

Date:  July 6, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**