UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                                     :
UNITED STATES OF AMERICA
                                                  :     CONSENT PRELIMINARY ORDER
              - v. -                                     OF FORFEITURE/
                                                  :     MONEY JUDGMENT
MICHAEL ROSE,
                                                  :     S1 21 Cr. 224 (VEC)
                   Defendant.
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

        WHEREAS, on or about February 3, 2022, MICHAEL ROSE (the "Defendant"),

was charged in a Superseding Information, S1 21 Cr. 224 (VEC) (the "Information"), with

submission of false export information to the U.S. Department of Commerce, in violation of Title

13, United States Code, Section 305(a)(1) ("Count One");

        WHEREAS, the Information included a forfeiture allegation as to Count One of the

Information, seeking forfeiture to the United States, pursuant to Title 13, United States Code,

Section 305(a)(3) of: (a) any interest in, security of, claim against, or property or contractual rights

of any kind in the goods or tangible items that were subject of the violation; (b) any interest in,

security of, claim against, or property or contractual rights of any kind in tangible property that

was used in the export or attempt to export that was the subject of the violation; and (c) any

property constituting, or derived from, any proceeds obtained directly or indirectly as a result of

the violation charged in Count One of the Information;

        WHEREAS, on or about February 3, 2022, the Defendant pled guilty to Count One

of the Information, pursuant to a plea agreement with the Government, wherein the Defendant

admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit

to the United States, a sum of money equal to $353,470 in United States currency, representing

the amount of proceeds obtained directly or indirectly by the Defendant as a result of the violation

charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the

amount of $353,470 in United States currency representing the amount of proceeds personally

obtained directly or indirectly by the Defendant as a result of the offense charged in Count One of

the Information; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the

Defendant, the proceeds of the offense charged in Count One of the Information that the Defendant

personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States

of America, by its attorney Damian Williams, United States Attorney, Assistant United States

Attorney, Samuel Adelsberg of counsel, and the Defendant, MICHAEL ROSE and his counsel,

E. Danya Perry, Esq., that:

1.      As a result of the offense charged in Count One of the Information, to which

the Defendant pled guilty, a money judgment in the amount of $353,470 in United States currency

(the "Money Judgment"), representing the amount of proceeds obtained directly or indirectly by

the Defendant as a result of the offense, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this

Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, and shall

be deemed part of the sentence of the Defendant, and shall be included in the judgment of

conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal

money order, bank or certified check, made payable, in this instance, to the United States Marshals

Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.     The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          2/5/22
     Samuel Adelsberg                         DATE
     Assistant United States Attorney
     One St. Andrew's Plaza
     New York, NY 10007
     (212) 637-2494


MICHAEL ROSE

By: _____          02/03/22
     Michael Rose                            DATE


By: _____          2/3/2022
     Anna M. Skotko, Esq.                    DATE
     Attorney for Defendant
     Perry Guha LLP
     1740 Broadway, 15th Floor
     New York, New York 10019


SO ORDERED:

_____              2/3/22
HONORABLE VALERIE E. CAPRONI                 DATE
UNITED STATES DISTRICT JUDGE