

**MEMO ENDORSED**

September 14, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2022

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Michael Rose*, S1 21 Cr. 224 (VEC)
**Request to Return Passport**

Dear Judge Caproni:

We represent defendant Michael Rose in the above-captioned matter. We write with the consent of the government and the supervising Probation Officer to request that Your Honor issue an order permitting Pre-Trial Services to return Mr. Rose's passport to him. Mr. Rose anticipates, among other things, international travel in his ongoing efforts to rebuild his family business, upon sufficient advance notice and with the consent of his Probation Officer. He will of course continue to comply fully with all other terms of his supervised release.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Samidh Guha

cc: AUSA Samuel Adelsberg (via ECF)
U.S. Probation Officer Michael Dorn

---

Application GRANTED.

SO ORDERED.

*Valerie Caproni*
09/15/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1740 Broadway, 15th Floor, New York, NY 10019
212-399-8330 PHONE | 212-399-8331 FAX | www.perryguha.com WEBSITE